| | |
|---|---|
| Alexis Karle, Paul Jones,<br><br>       Plaintiffs,<br><br>v.<br><br>Stellar Recovery, Inc., I.C. System, Inc., Credit Control Services, Inc., Diversified Consultants, Inc., Enhanced Recovery Company, LLC, TMobile, Lifewatch, Inc., d/b/a Lifewatch USA,<br><br>       Defendant. | CIVIL ACTION NO. 3:15-cv-30095-MGM |

## **DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Fed. R. Civ. P. 12(c), Defendant, Stellar Recovery, Inc. ("Stellar") hereby moves for the entry of judgment on the pleadings.

In support of its motion, Stellar submits the accompanying memorandum of law.

 

Attorneys for Stellar Recovery, Inc.
By: Its Attorneys

*/s/ Andrew M. Schneiderman*
Andrew M. Schneiderman, BBO #666252
Ranen S. Schechner, BBO #655641
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109
617-213-7000
617-213-7001 (facsimile)

Dated: September 29, 2015

34555082v1 0974354

## CERTIFICATE OF SERVICE

I, Andrew M. Schneiderman, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper Copies will be sent by First Class mail as follows:

Alexis Karle
79 Thompson Street
Springfield, MA 01109

Paul Jones
572 Park Street
Stoughton, MA 02072

*/s/ Andrew M. Schneiderman*
Andrew M. Schneiderman

## LR, D. MASS 7.1(A)(2) CERTIFICATE

Stellar's counsel attempted to communicate with Plaintiffs in a good faith effort to resolve the issues presented herein, but was unable to obtain Plaintiffs' positions on these issues.

*/s/ Andrew M. Schneiderman*
Andrew M. Schneiderman

34555082v1 0974354