UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ALEXIS KARLE AND PAUL JONES,

        Plaintiffs,

v.

STELLAR RECOVERY INC., I.C. SYSTEM
INC., CREDIT CONTROL SERVICES INC.,
DIVERSIFIED CONSULTANTS INC.,
ENHANCED RECOVERY SYSTEMS,
TMOBILE, LIFEWATCH, INC. d/b/a
LIFEWATCH USA,

        Defendants.

CIVIL ACTION NO.   3:15-cv-30095-MGM

**MEMORANDUM OF DIVERSIFIED CONSULTANTS, IN RESPONSE TO
CO-DEFENDANTS' MOTIONS FOR DISMISSAL/JUDGMENT ON THE PLEADINGS,
AND IN SUPPORT OF DIVERSIFIED'S PENDING MOTION TO DISMISS**

Pursuant to Fed. Rules Civ. P. 10(c) and 12(c), and the interests of judicial
economy and efficiency, the defendant Diversified Consultants, Inc. ("DCI"), files this
Memorandum in response to the motions of its co-defendants for dismissal/judgment on
the pleadings and in support of DCI's pending motion to dismiss the First Amended
Complaint. DCI joins in and incorporates by reference the authorities and arguments in
the memoranda of law filed by the defendants T-Mobile USA, Inc., Credit Control
Services, Inc., Stellar Recovery, Inc., and I.C. System, Inc. in support of their motions to
dismiss and for judgment on the pleadings,  For the reasons given by DCI in its motion
and in the incorporated motions, the Amended Complaint should be dismissed.

DIVERSIFIED CONSULTANTS, INC.

By their attorney,


/s/ John J. O'Connor _____
John J. O'Connor
B.B.O. #555251
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02110-2261
Telephone: (617) 951-2010
Facsimile: (617) 235-3555
Email: joconnor@peabodyarnold.com


Dated: October 20, 2015.

## CERTIFICATE OF SERVICE

I, John J. O'Connor, hereby certify that I have, this 20th day of October, 2015, served the foregoing document by causing a copy thereof to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and to be served by First-Class Mail Postage Prepaid to the following:

Paul Jones                              Alexis Karle
572 Park Street                         79 Thompson Street
Stoughton, MA  02072                    Springfield, MA  01109



/s/ John J. O'Connor _____
John J. O'Connor

853535_1