UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS KARLE and PAUL M. JONES, <br><br> Plaintiffs, <br><br> v. <br><br> STELLAR RECOVERY INC., I.C SYSTEM INC., CREDIT CONTROL SERVICES INC., DIVERSIFIED CONSULTANTS INC., ENHANCED RECOVERY COMPANY, LLC, T-MOBILE, and LIFEWATCH, INC., d/b/a LIFEWATCH USA, <br><br> Defendants. | CIVIL ACTION NO.:  3:15-cv-30095-MGM |

**STIPULATION OF DISMISSAL AS TO ENHANCED RECOVERY COMPANY, LLC**

Pursuant to Fed R.Civ.P. 41(a)(1)(A)(ii), the parties hereby stipulate that any and all claims brought by the Plaintiffs against Defendant Enhanced Recovery Company, LLC in the above captioned matter be dismissed with prejudice and without costs and all rights of appeal waived.

Respectfully Submitted by,

*Plaintiffs*,

| | |
|---|---|
| */s/ Alexis Karle* | */s/ Paul M. Jones* |
| Alexis Karle | Paul M. Jones |
| 79 Thompson Street | 572 Park Street |
| Springfield, MA 01109 | Stoughton, MA 02072 |
| 413-693-4890 | 888-655-3004 |
| akarle92081@gmail.com | Pj22765@gmail.com |

Enhanced Recovery Company, LLC,
By its attorney,

*/s/ Christopher A. Duggan*
Christopher A. Duggan
Smith Duggan Buell & Rufo, LLP
55 Old Bedford Road
Lincoln, MA 10773
617-228-4400
Fax: 781-259-1112
Chris.Duggan@SmithDuggan.com


T-Mobile
By its attorney,

*/s/ Derin B. Dickerson*
Derin B. Dickerson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7000
derin.dickerson@alston.com


Lifewatch, Inc. d/b/a Lifewatch USA
By its attorney,

*/s/ Joseph Lipari*
Joseph Lipari
The Sultzer Law Group PC
77 Water Street, 8th Floor
New York, NY 10005
646-722-4266
liparij@thesultzerlawgroup.com

Diversified Consultants, Inc.
By its attorney,

*/s/ John J. O'Connor*
John J. O'Connor
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
617-951-2100
Fax: 617-951-2125
joconnor@peabodyarnold.com


Stellar Recovery, Inc.; I.C. System, Inc.; and Credit Control Services, Inc.
By their attorney,

*/s/ Andrew M. Schneiderman*
Andrew M. Schneiderman
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
Fax: 617-213-7001
aschneiderman@hinshawlaw.com



Dated: 11/9/15


CERTIFICATE OF SERVICE


I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                            */s/ Christopher A. Duggan*
                                            Christopher A. Duggan (BBO No. 544150)

Dated: 11/9/15